IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**CHARLES PRINGLE,**

    **Plaintiff,**

**vs.**           **Case No. 5:04cv397-RH/WCS**

**JOANNE B. BARNHART,**
**Commissioner, Social Security**
**Administration,**

    **Defendant.**

_____/

## REPORT AND RECOMMENDATION

This cause is before the court upon Defendant's response to show cause order. Doc. 13. Defendant advises that they have no objection to the dismissal of Plaintiff's complaint in light of the favorable decision issued on May 31, 2005 by the Appeals Council of the Social Security Administration. The last order was in error, however. It is Plaintiff who must be consulted about dismissal of the complaint.

The Court should not be put to the burden of getting Plaintiff's lawyer to do what he should do. Plaintiff received a favorable decision on May 31, 2005, and this court still has not heard from counsel for Plaintiff. Plaintiff's lawyer should have moved to close this case upon receiving the favorable decision.

This report and recommendation will afford Plaintiff 15 days for voicing an objection to dismissal of the case.

Accordingly, it is **RECOMMENDED** that the Court **DISMISS THE COMPLAINT AS MOOT** in light of the favorable decision.

**IN CHAMBERS** at Tallahassee, Florida, on August 5, 2005.


s/   William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**