IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CHARLES PRINGLE,

    Plaintiff,

v.                                CASE NO. 5:04cv397-RH/WCS

JOANNE B. BARNHART,

    Defendant.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's report and recommendation (document 14), to which no objections have been filed. Upon consideration,

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. This action is DISMISSED. The clerk shall enter judgment and close the file.

    SO ORDERED this 21st day of September, 2005.

                                           s/Robert L. Hinkle
                                           Chief United States District Judge